IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RONALD WEAVER**,                                         Civil Case No.  99-1045-ST

         Petitioner,

                                                                                   O R D E R

    v.

**JOAN PALMATEER**,

         Respondent.

_____

       Todd H. Grover
       Attorney at Law
       143 SW Shevlin-Hixon Drive, Suite 203
       Bend, Oregon  97702

            Attorney for Petitioner

       John R. Kroger
       Attorney General

Page 1 - ORDER

Jacqueline Sadker Kamins
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97310

        Attorneys for Respondent

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on February 24, 2010.  Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo review of the rulings of Magistrate Judge Stewart.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart (#218) dated February 24, 2010 in its entirety.

IT IS HEREBY ORDERED that the corrected Amended Petition for Writ of Habeas Corpus (#43) is denied.  The court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 USC § 2253(c)(2).

DATED this   7th   day of June, 2010.

                                      /s/ Garr M. King
                                          GARR M. KING
                                     United States District Judge